JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Archer Western Contractors, LTD, | ) | Case No. CV 14-3041 DMG (MANx) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| Liberty Mutual Fire Insurance Co. and National Union Fire Insurance Co., | ) | |
| Defendants. | ) | |

    Pursuant to the Court's Order granting Defendant National Union Fire Insurance Company of Pittsburgh, PA's ("National Union") Motion for Summary Judgment,

    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant National Union and against Plaintiff Archer Western Contractors, LTD.

DATED: March 31, 2015

                                                    _____
                                                    DOLLY M. GEE
                                                    UNITED STATES DISTRICT JUDGE